## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-72231-BEM |
| NOORALI AMERSI, | CHAPTER 7 |
| Debtor. | |
| CATHY L. SCARVER, as TRUSTEE for the ESTATE of NOORALI AMERSI | |
| Plaintiff, | ADVERSARY PROCEEDING |
| v. | NO. 18-05337 |
| LETICIA AMERSI | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that I am, and at all times hereinaftermentioned was, more than 18 years of age; that on December 13, 2018, I served a copy of the following:

(1)   the Summons in the Adversary Action; and

(2)   the Complaint filed with the Court on December 12, 2018;

by First Class Mail, postage prepaid to the following:

Leticia Amersi
1469 Frazier Road
Decatur, GA 30033

Evan Altman
Northridge 400
8325 Dunwoody Place, Bldg, 2
Atlanta, GA 30350

I certify that under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 13th day of December, 2018.

Ragsdale Beals Seigler Patterson & Gray LLP
229 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30303-1629
(404)588-0500
E-mail: wrpjr@rbspg.com

*/s/ W. Russell Patterson, Jr,*
W. Russell Patterson, Jr.
Attorney for Plaintiff
Georgia Bar No. 566920